IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEX SMITH, | ) | CR. 02-00068HG |
| | ) | |
|     Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII CMPAIGN SPENDING COMMITTEE, | ) ) | |
| | ) | |
|     Defendant. | ) | |

    LEX SMITH, ESQ., plaintiff's attorney, informed the Court on August 31, 2006 that he does not desire to have the Plaintiff's exhibits returned to him.

    Submitted by: David H. Hisashima, Courtroom Manager